**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

ARTHUR BJ BENTLEY,

                              Plaintiff,

        v.                                                        6:17-cv-444

                                                                  (TJM/ATB)

SCOTT McNAMARA, District Attorney, et al.,

                              Defendants.


_____

**Thomas J. McAvoy, Sr. U.S.D.J.**


                              **DECISION and ORDER**

        The Court referred this action, brought pursuant to 42 U.S.C. § 1983, to the Hon.

Andrew T. Baxter, United States Magistrate Judge, for a Report and Recommendation

pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District

of New York.  Plaintiff alleges that Defendants violated his constitutional rights when they

arrested and prosecuted him without probable cause.

        Magistrate Judge Baxter gave the Complaint, filed _pro se_ and _in forma pauperis_, an

initial review pursuant to 28 U.S.C. § 1915.  Magistrate Judge Baxter recommended that

the claim be dismissed in its entirety and with prejudice as to some parties and without

prejudice as to others.

        Neither side filed objections to the Report-Recommendation and the time for filing

such objections has passed.  After examining the record, this Court has determined that

the Report-Recommendation is not subject to attack for plain error or manifest injustice and the Court will adopt the Report-Recommendation.

Accordingly:

The Report-Recommendation, dkt. # 4, is hereby ADOPTED.  Plaintiff's Complaint is dismissed in its entirety as follows:

1.  The Complaint is DISMISSED WITH PREJUDICE with respect to ADA Yoxall and DA McNamara based on absolute immunity and failure to state a claim; and

2.  The Complaint is DISMISSED WITHOUT PREJUDICE as to Defendant Sweezey for failure to state a claim pursuant to Heck v. Humprey.

The Court CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that any appeal taken from this order would not be taken in good faith.

**IT IS SO ORDERED**.

Thomas J. McAvoy
Senior, U.S. District Judge

Dated:  July 6, 2017

2